BRETT A. CARTER, ESQ.
Nevada Bar No. 5904
LINDSAY K. CULLEN, ESQ.
Nevada Bar No. 12364
BERTOLDO, BAKER, CARTER & SMITH
7408 West Sahara Avenue
Las Vegas, Nevada 89117
Phone Number: (702) 228-2600
Fax Number: (702) 228-2333
Email address: Carter@nvlegaljustice.com and
lcullen@nvlegaljustice.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THERESA L. STALL, individually, and MARCUS STALL,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHANN MONTEAGUDO, individually; KNIGHT REFRIGERATED, LLC, a Foreign Limited Liability Company; KNIGHT TRANSPORTATION, INC., a Foreign Corporation; DOES 1 through 20, inclusive; and ROE BUSINESS ENTITIES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:18-cv-01928-JCM-PAL<br><br>**DISCOVERY PLAN AND SCHEDULING ORDER** |

COME NOW the Plaintiffs, THERESA L. STALL and MARCUS STALL ("Plaintiffs"), by and through their attorneys, BRETT A. CARTER, ESQ. and LINDSAY K. CULLEN, ESQ., of BERTOLDO BAKER CARTER & SMITH, Defendants JOHANN MONTEAGUDO, KNIGHT REFRIGERATED, LLC and KNIGHT TRANSPORTATION, INC. ("Defendants") by and through their attorneys, JOEL D. ODOU, ESQ. and ANALISE N.M. TILTON, ESQ. of WOOD SMITH

HENNING & BERMAN, and hereby submit the instant Discovery Plan and Scheduling Order pursuant to Local Rule 26-1.

### MEETING

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1(e), a meeting was held on October 30, 2018, and was attended telephonically by Brett Carter, Esq. on behalf of Plaintiffs and Analise Tilton, Esq. on behalf of Defendants.

### 26(F)/LR 26-1 CONFERENCE AND DISCOVERY PLAN

1. There are no changes to be made in the timing, form, or requirement for disclosures under Rule 26(a). On October 30, 2018 counsel for the parties met and conferred as required by Fed. R. Civ. P. 26(f) and LR 26-1(d). Plaintiffs and Defendants agreed to have their respective FRCP Productions submitted within 14 days of the Conference.

2. Discovery will be conducted on liability and damages claims and defenses and other topics permissible under Rule 26(A). The parties agree that discovery need not be conducted in phases focused on any particular issues.

3. There are no concerns, at this juncture, regarding the production of electronically stored discovery.

4. There are no concerns, at this juncture, regarding the claim of privilege or necessity for protective orders.

5. The parties did not anticipate any potential limitations to be imposed on discovery.

6. Estimated time for trial: seven (7) – ten (10) full trial days.

7. The parties agreed that there is no need for orders, at this juncture, to be issued under Rule 26(c) or Rule 16(b) and (c), although the parties reserve the right to seek such orders as discovery continues.

8. Alternate Dispute Resolution: The parties conferred about the possibility of using alternative dispute-resolution processes and at this time have not come to any agreement regarding the same.

9. Alternate Forms of Case Disposition: The parties do not consent to trial by a magistrate judge under 28 U.S.C. §636 (c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01)

10. Electronic Evidence. The parties do not intend to present evidence in electronic format to jurors for the purpose of jury deliberations at this time.

## PROPOSED DISCOVERY PLAN

The parties request a discovery period of 180 days as contemplated by Local Rule 26-1. The parties jointly propose the following discovery plan:

| | |
|---|---|
| **Discovery Cutoff Date:** | November 1, 2019 |
| **Amending the Pleadings and Adding Parties:** | August 5, 2019 |
| **Expert Disclosures:** | |
| Initial expert disclosures | August 5, 2019 |
| Rebuttal expert disclosures | September 4, 2019 |
| **Interim Status Report:** | September 2, 2019 |
| **Dispositive Motions:** | December 2, 2019 |
| **Pretrial Order:** | January 2, 2020 |

In the event dispositive motions are filed, however, the date for filing a Joint Pretrial Order shall be suspended until thirty (30) days after the decision regarding any dispositive motions or upon further order of the Court.

**Initial Disclosures:**

Plaintiffs made their Initial Disclosures via U.S. Mail on 1/4/19.

Defendants made their Initial Disclosures via U.S. Mail on 11/13/18.

BERTOLDO BAKER CARTER & SMITH
7408 West Sahara Avenue
Las Vegas, Nevada 89117
702-228-2600• Fax 702-228-2333

**Extension or Modification of Discovery Plan and Scheduling Order**:

Local Rule 26-4 governs modifications or extensions of this Discovery Plan and Scheduling Order. Any stipulation or motion to extend a deadline set forth herein must be made not later than twenty-one (21) days before the expiration of the subject deadline.

DATED this 15 day of January 2019.

BERTOLDO BAKER CARTER & SMITH

By: _____
Brett A. Carter, Esq.
Nevada Bar No.: 5904
Lindsay K. Cullen, Esq.
Nevada Bar No.: 12364
7408 West Sahara Avenue
Las Vegas, Nevada 89117
Attorneys for Plaintiffs

DATED this 15 day of January 2019.

WOOD SMITH HENNING & BERMAN

By: _____
Joel D. Odou, Esq.
Nevada Bar No.: 7468
Analise N.M. Tilton, Esq.
Nevada Bar No.: 13185
2881 Business Park Court, Ste 200
Las Vegas Nevada 89128
Attorneys for Defendants

## ORDER

The court entered a discovery plan and scheduling order on behalf of the parties on January 16, 2019 when the parties did not timely file their proposed plan. *See* Scheduling Order (ECF No. 22). The parties' proposed plan was not timely filed and does not comply with the requirements of LR 26-1.

Accordingly,

**IT IS ORDERED** that:

1. The parties' proposed Discovery Plan and Scheduling Order (ECF No. 24) is **NOT APPROVED**.

2. The deadlines established by the court's Scheduling Order (ECF No. 22) entered January 16, 2019 shall apply.

Dated: January 18, 2019

_____
Peggy A. Leen
United States Magistrate Judge