Joel D. Odou
Nevada Bar No. 7468
jodou@wshblaw.com
Analise N. M. Tilton
Nevada Bar No. 13185
atilton@wshblaw.com
Betty J. Foley
Nevada Bar No. 14517
bfoley@wshblaw.com
Wood, Smith, Henning & Berman LLP
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Telephone: 702 251 4100
Facsimile: 702 251 5405

Attorneys for Defendants, Johann Monteagudo,
Knight Refrigerated, LLC and Knight
Transportation, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

THERESA L. STALL, individually, and
MARCUS STALL,

        Plaintiffs,

        v.

JOHANN MONTEAGUDO, individually;
KNIGHT REFRIGERATED, LLC, a Foreign
Limited Liability Company; KNIGHT
TRANSPORTATION, INC. a Foreign
Corporation; DOES 1 through 20, inclusive;
and ROE BUSINESS ENTITIES 1 through
20, inclusive,

        Defendants.

Case No. 2:18-cv-01928-JCM-BW

**STIPULATION AND ORDER TO
CONTINUE TRIAL
(FIRST REQUEST)**

The Hon. James C. Mahan

Trial Date:  None Set

Pursuant to LR IA 6-1, and for good cause shown, the parties, by and through their respective counsel of record hereby stipulate and agree to and jointly move this Honorable Court for an order to continue trial as indicated below. This is the first stipulation for extension of trial.

## I.    STATEMENT OF FACTS

Plaintiff filed her Complaint on September 13, 2018. Defendants filed a Petition of Removal

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

and Answer in United States District Court, District of Nevada, Southern Division on October 15, 2018. Plaintiff filed her Amended Complaint on November 6, 2018 and Defendants filed an Answer to the Amended Complaint on November 28, 2018. Trial is currently set for October 19, 2020. The relevant discovery deadlines are as follows:

1. May 15, 2019: Initial Expert Disclosure Deadline

2. May 22, 2019: Initial Expert Disclosure Deadline as to Plaintiff's physician Kathy Travnicek, M.D.

3. June 14, 2019: Rebuttal Expert Disclosure Deadline

4. June 21, 2019: Initial Expert Disclosure Deadline as to Plaintiff's physician Kathy Travnicek, M.D.

5. December 9, 2019: Close of Discovery

6. January 8, 2020: Dispositive Motions

7. February 7, 2020: Joint Pretrial Order

## II.     REASON FOR REQUEST FOR TRIAL CONTINUANCE

In light of the COVID-19 pandemic, extensive restrictions and precautions have been put in place, resulting in a backlog of criminal and civil trials. Further, it is the parties' understanding that trials are not currently being held, but, when they do recommence, the backlog of criminal trials may take priority.  As such, continuance of the parties' current October 19, 2020 trial date is justified and necessary.  "A motion or stipulation to extend time must state the reasons for the extensions requested and must inform the court of all previous extensions of the subject deadline the court granted." LR AI 6-1(a). Good cause to continue trial as the restrictions of COVID-19 will preclude this trial's current setting from proceeding. Additionally, both parties agree the continuance of trial would not cause injury or injustice under these circumstances. In sum, due to unforeseen and unprecedented circumstances, that are no fault of either party, good cause exists for trial continuance.

## IV.     TRIAL DATE

Counsel have met and herewith submit three (3) agree-upon trial dates:

1. March 8, 2021

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

2. May 10, 2021; and

3. May 17, 2021

It is expressly understood by the undersigned that the court will set the trial of this matter on one of the agreed upon dates, if possible; if not, the trial will be set at the convenience of the Court's calendar.

This is the first request for an continuance of trial. The Parties respectfully request that the Court grant this request to continue the jury trial currently set for October 19, 2020 and calendar call set for October 14, 2019.

**STIPULATED AND AGREED TO:**

Dated this 15th day of September, 2020          Dated this 15th day of September, 2020

**BERTOLDO BAKER CARTER & SMITH**

*/s/Brett A. Carter*

_____

Brett A. Carter
Nevada Bar No. 5904
Lindsay K. Cullen
Nevada Bar No. 12364
7408 W. Sahara Avenue
Las Vegas, NV 89117

*Attorneys for Plaintiff, Evelyn Zaldivar*

**WOOD SMITH HENNING & BERMAN LLP**

*/s/ Analise N.M. Tilton*

_____

Joel D. Odou
Nevada Bar No. 7468
Analise N. M. Tilton
Nevada Bar No. 13185
Betty J. Foley
Nevada Bar No. 14517
Wood, Smith, Henning & Berman LLP
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020

*Attorneys for Defendants Knight Refrigerated, LLC and Kevin Cornish*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**Dated:** September 16, 2020
_____

Jury Trial continued to June 7, 2021 at 9:00 a.m. in Courtroom 6A. Calendar call continued to June 2, 2021 at 1:30 p.m. in Courtroom 6A.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405